**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

On September 4, 2014, the Court granted appellant an extension until November 10, 2014 to file his pro se response to the *Anders* brief filed by counsel. The Court now has before it appellant's October 10, 2014 request for an extension until December 10, 2014 file his response and also to use rule of appellate procedure 2 to allow him to file only one copy of the brief.

As to his extension request, appellant asserts that the Collin County CSCD has retained counsel to represent "their interest." The only parties to this appeal are appellant and the State of Texas, represented by the Collin County District Attorney's Office. The Collin County District Attorney's Office has already responded that it will not be filing a brief, and the only "briefs" that will be filed in this appeal are the *Anders* brief filed by counsel and appellant's pro se response. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).

Accordingly, we **DENY** the extension request. Appellant's pro se response remains due November 10, 2014. If the response is not filed by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **GRANT** appellant's motion to the extent that he is only required to file one copy of his pro se response.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Pamela Lakatos and John Rolater.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jeremy Sandersfeld, TDCJ No. 1875695, Luther Unit, 1800 Luther Dr., Navasota, Texas 77868.


/s/    LANA MYERS
       JUSTICE